BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DELBERT DANIEL GEORGE,<br><br>        Defendant. | Case No. 2:14-CR-00093-BLW<br>Case No. 3:13-CR-00198-BLW<br><br>**MOTION FOR DETENTION ON SUPERVISED RELEASE** |

       The United States, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, moves the Court, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a), for an order directing that the defendant, **Delbert Daniel George**, be detained pending a preliminary hearing and/or a revocation hearing regarding the alleged violations of the terms and conditions of his probation or supervised release contained in the petition filed by the United States Probation Office.

       A person arrested for violating probation or supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings.   Fed R. Crim. P. 32.1(a)(6).

MOTION FOR DETENTION ON SUPERVISED RELEASE - 1

Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released.   18 U.S.C. § 3143(a).   "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person."   Fed. R. Crim. P. 32.1(a)(6).

WHEREFORE, the government requests that the Court enter an order detaining the defendant pending a preliminary and/or a revocation hearing.

Respectfully submitted this 18th day of June, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/Traci J. Whelan*
TRACI J. WHELAN
Assistant United States Attorney

MOTION FOR DETENTION ON SUPERVISED RELEASE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2019, the foregoing **MOTION FOR DETENTION ON SUPERVISED RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Nicolas V. Vieth<br>Vieth Law Offices<br>nick@viethlaw.com | ECF |